SUPREME COURT OF NEW JERSEY
M-1001 September Term 2017
080938

IN THE MATTER OF :

ATHAN THEODORE TSIMPEDES, : ORDER   FILED

AN ATTORNEY AT LAW : JUL 1 8 2018

(Attorney No. 011831999) :

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law of **ATHAN THEODORE TSIMPEDES**, formerly of **CLIFTON**, who was admitted to the bar of this State in 1999;

And on May 2, 2018, the Court having ordered respondent to appear for an audit by the Office of Attorney Ethics and produce all records and information requested to date within forty-five days or be temporarily suspended from practice;

And the Office of Attorney Ethics having reported to the Court that respondent has failed to comply with the Order of the Court;

And good cause appearing;

It is ORDERED that **ATHAN THEODORE TSIMPEDES** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ATHAN THEODORE TSIMPEDES** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **ATHAN T. TSIMPEDES** pursuant to Rule 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **ATHAN THEODORE TSIMPEDES** comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 17th day of July, 2018.

CLERK OF THE SUPREME COURT