**ATHAN T. TSIMPEDES, ESQ**
**7217 Longwood Drive**
**Bethesda, MD 20817**

---

Ph: 240- 630-5500
Fax: 888-522 -6416

___FILED ___ENTERED
___LODGED ___RECEIVED

JUN 2 4 2019

AT LAL IA
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

June 21, 2019

Felicia C. Cannon, Clerk of the Court
United States District Court for the State of Maryland
101 West Lombard Street
Baltimore, MD   21201

Dear Felicia C. Cannon,

This letter is to inform you that I have been temporarily suspended from the practice of law in the State of New Jersey effective on July 18, 2018. The suspension results from my failure to comply with certain administrative requirements and is unrelated to the handling of client matters.

I regret this development. I am seeking to be reinstated and look forward to that time.

Sincerely,

Athan Tsimpedes

```
____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED
```

JUN 2 4 2019

AT LAUREL
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

SUPREME COURT OF NEW JERSEY
M-1001 September Term 2017
080938

IN THE MATTER OF          :

ATHAN THEODORE TSIMPEDES, :      ORDER

AN ATTORNEY AT LAW        :

(Attorney No. 011831999)  :

FILED

JUL 1 8 2018

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law of **ATHAN THEODORE TSIMPEDES**, formerly of CLIFTON, who was admitted to the bar of this State in 1999;

And on May 2, 2018, the Court having ordered respondent to appear for an audit by the Office of Attorney Ethics and produce all records and information requested to date within forty-five days or be temporarily suspended from practice;

And the Office of Attorney Ethics having reported to the Court that respondent has failed to comply with the Order of the Court;

And good cause appearing;

It is ORDERED that **ATHAN THEODORE TSIMPEDES** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ATHAN THEODORE TSIMPEDES** be restrained and enjoined from practicing law during the period of his suspension; and it is further



EXHIBIT 1

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **ATHAN T. TSIMPEDES** pursuant to Rule 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **ATHAN THEODORE TSIMPEDES** comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 17th day of July, 2018.

CLERK OF THE SUPREME COURT