**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAULA XINIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0653

July 1, 2019

Athan T. Tsimpedes, Esquire
7217 Longwood Drive
Bethesda, MD 20817

In re: Athanasios T. Tsimpedes, 19-mc-293

Dear Mr. Tsimpedes:

    The Disciplinary and Admissions Committee of the Court has received your response to the Court's show cause order. In your response, you requested an extension to file a supplement or amended response until June 24, 2019. After consideration, the Committee hereby grants your request. Please file your supplement or amended response with the Clerk on or before June 24, 2019.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

Paula Xinis, Chair
Disciplinary and Admissions Committee

PX:dec
cc:    Disciplinary and Admissions Committee